BEFORE THE THIRD DIVISION, APRIL 9, 1953

No. 57255.—Fishery Products, Inc: *v.* United States, protest 196892–K (New York).

Opinion by JOHNSON, J.   At the trial it was·stipulated that the facts and issues herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were in fact not landed.   In accordance with stipulation of counsel and following the decision cited it was held that duty is nʳt assessable upon such portions of the merchandise as were reported by the inspector as manifested not found.   The protest was sustained to this extent.

No. 57256.—Standard Wine & Liquor Co., Inc. *v.* United States, protest 194174–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise, facts, and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. · The protest was sustained to this extent